**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Akiva S. Carson | No.   11-47185 |
| Debtor | Hon.  Jack B. Schmetterer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 24, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Pamela V Manicioto and Tom Vaughn on October 24, 2013.

_____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Akiva S. Carson
912 Marik Drive
Bellwood, IL 60104

Tom Vaughn
55 E. Monroe Street
Chicago, IL 60603

Pamela V Manicioto
Robert J. Semrad and Associates
20 South Clark 28th Floor
Chicago, IL 60603
pmanicioto@robertjsemrad.com